IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 0 2 2012

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

**JONATHAN BRUCE COLLINS,**

    Plaintiff,

v.

FULTON COUNTY SCHOOL
DISTRICT, NICK CASSIDY, in his
official and individual capacity, and
CHRISTINE YOUNG, in her official
and individual capacity,

    Defendants.

CIVIL ACTION FILE NO.
1:12-CV-1299-ODE

## MOTION TO STAY AND/OR EXTEND TIME TO RESPOND TO DEFENDANTS MOTION FOR JUDGMENT ON THE PLEADINGS

**COMES NOW,** Jonathan Bruce Collins Pro Se and prays the court will GRANT

the Plaintiff's Motion to STAY and/or for an Extension of time to Respond to the

Defendants Motion for Judgment on the Pleadings for the following reasons.

1.

The Plaintiff cannot respond to a document that he does not possess. The Plaintiff

has just received the Defendants Motion for Judgment on the pleadings.

2.

The US Postal Service in this area has difficulties with getting the parcels in the proper box. (See attachment)

3.

Defense counsel has been warned of this in the past and a request was made by the Plaintiff to have future correspondence sent certified signed receipt.

4.

Defense counsel Randall Farmer has been misleading to the point of being unprofessional in the past making claims and statements in Motions that were not true. Example is that the Breach of Contract was filed by the EEOC as an additional Retaliation charge and has the right to sue letter accompanied with the Complaint.

5.

Defense counsel Randall Farmer told the Plaintiff that service of the Complaint to Defendant Fulton County School District would be waived and he would see to it they got served. Well he obviously lied. The Plaintiff now has to serve the Defendant Fulton County School District the Complaint in this case. (See attachment)

6.

The Plaintiff prays the court will STAY and/or GRANT an Extension in this case until the service of Defendant Fulton County School District is complete and all process has had a chance to catch up with the current proceedings.

7.

The Clerk's office and Brock Clay law firm were both notified by phone call of the change in address and phone number as soon as it was known. The Plaintiff spoke with I believe Ashley in the Clerk's office. The change was made on May 23rd 2012.

Wherefore, the Plaintiff prays the court will Grant its Motion.

Respectfully, submitted this 1st day of August 2012.

Jonathan Bruce Collins
PO Box 549
Morganton, Ga. 30560
706-374-7048
Fax 706-374-3232

## CERTIFICATE OF SERVICE

This will hereby certify that I, the undersigned, have this ____ day of August, 2012 served upon all parties the foregoing MOTION TO STAY AND/OR EXTEND TIME via United States mail and addressed to:

Brock Clay Calhoun & Rogers PC

c/o Patrick H. Ouzts

49 Atlanta St. NE

Marietta, Ga. 30060


Jonathan B. Collins  Pro Se.

PO Box 549

Morganton, Ga. 30560      706-374-3232

**From:** Bruce Collins [mailto:collinsj71@live.com]
**Sent:** Monday, April 23, 2012 3:38 PM
**To:** Randy Farmer
**Subject:** summons

Randy, I am working on getting a complaint served on three defendants, Fulton County School District, Christine Young and Nick Cassidy. Would you be receptive to a **waiver of the service summons** in order to save money under rule 4 FRCP.

I also need addresses on each defendant so the forms can filled out properly.

Thanks, Bruce

Randy Farmer

-



Randy Farmer

rfarmer@brockclay.com

-
- Send email
- Find email
- View details

To 'Bruce Collins'

From: **Randy Farmer** (rfarmer@brockclay.com)
Sent: Tue 4/24/12 9:12 AM
To: 'Bruce Collins' (collinsj71@live.com)

Mr. Collins

As you know, I can't give any legal advice to you on how to fill out the summons. Once you have the waiver forms etc filled out, you can mail them to me at the address indicated below. If there is anything else let me know

8/1/12

TO WHOM IT MAY CONCERN,

1. WE HAVE HAD SOME PROBLEMS WITH MAIL ENDING UP IN THE WRONG BOX.

2. WE ARE WORKING HARD TO CORRECT THE ISSUE.

3. WE APPRECIATE YOUR PATIENCE.

---

MARY MEALER

MORGANTON GA.  POST MASTER

706-374-5836



| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2011-04832 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Jonathan B. Collins** | **(706) 374-3005** | **08-07-1956** |

| Street Address | City, State and ZIP Code |
|---|---|
| **116 Forest Cove Drive, Morganton, GA 30560** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **FULTON COUNTY BOARD OF EDUCATION** | **500 or More** | **(404) 768-3600** |

| Street Address | City, State and ZIP Code |
|---|---|
| **786 Cleveland Ave., Atlanta, GA 30315** | EEOC-ATDO |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **03-11-2011**   Latest **06-01-2011**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the above-named employer in 1994, as a Teacher. On or about March 11, 2011, a copy of my personnel file was mailed to me. On or about June 1, 2011, as I was viewing the CD, I learned that certain records that were to be expunged from my files were still there.

No reason was given for not expunging my personnel file.

I believe that I have been retaliated against for previously having opposed unlawful employment practices, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Jul 22, 2011**        _(signature)_<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161 (11/09)                    U.    QUAL EMPLOYMENT OPPORTUNITY CON    ISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  Jonathan B. Collins<br>116 Forest Cove Drive<br>Morganton, GA 30560 | From:  Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2011-04832 | Laurence  Knight,<br>Investigator | (404) 562-6845 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

JAN 3 1 2012

Enclosures(s)

Bernice  Williams-Kimbrough,
District Director

*(Date Mailed)*

cc:  Ronnie Wade
Chief Personnel Officer
FULLTON COUNTY SCHOOL SYATEM
786 Cleveland Avenue SW
Atlanta, GA 30315